UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION


IN RE:                                          *
                                                *
JOHN TIMOTHY BARTS AKA                          *        Case No. 09-25484
TIM BARTS                                       *
                    Debtor                      *
                                                *
_____            *


LINE

To The Clerk of the Court:

Please withdraw Claim #2 in the Claim Registry of this matter.  Claim #2 was filed in

error.


                                /s/ Marion Dere Muller
                                Marion Dere Muller
                                One Church Street, Suite 802
                                Rockville, Maryland 20850
                                (301) 340-2500
                                Counsel for Creditor William E. Sylvester